# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| *GREG ABLETT* and *MELISSA ABLETT,* | )<br>)<br>) |
| Plaintiffs, | )<br>)<br>) Case No. |
| v. | )<br>) |
| *TESLA, INC.,* | ) Pottawattamie County No.<br>)<br>) **NOTICE OF REMOVAL** |
| Defendant. | )<br>) |

COMES NOW defendant Tesla, Inc., by and through its attorneys Stanton | Barton LLC, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, hereby files its Notice of Removal from the Iowa District Court for Pottawattamie County to this Court. The grounds for the removal of this action are as follows:

### I. Procedural History and Plaintiffs' Allegations

1. On October 4, 2023, plaintiffs filed their Petition against defendant Tesla, Inc. in the Iowa District Court of Pottawattamie County, Case No. 04781 LACV124566. The Petition is attached hereto as Exhibit A, which also includes a copy of the process pleadings and orders received in the State Court Action.

2. Defendant was served with plaintiffs' Petition on October 13, 2023. (*See*, Exhibit A, at Petition).

3. Plaintiffs brought this Petition alleging breach of warranty claims on the grounds that defendant failed to meet the requirements of their vehicle warranties relating to the purchase of a 2021 Tesla Model X, bearing Vehicle Identification Number 5YJXCAE2XMF324764

(hereinafter the "vehicle"), which was allegedly manufactured and warranted by defendant.

## II. The Procedural Requirements for Removal Have Been Satisfied

4. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely as it has been filed with this Court within thirty (30) days after defendant's receipt of plaintiffs' Petition.

5. As described below, this case is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because it is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

## III. Grounds For Removal

**A.   There is Complete Diversity of Citizenship**

6. Plaintiffs are individuals whose primary residence is in the State of Nebraska. Upon information and belief, their address is 18324 Cheyenne Road, Omaha NE 68136-6481. (*See,* Exhibit A at Petition).  Therefore, plaintiffs are citizens of Nebraska.

7. Tesla, Inc. is a foreign corporation organized and existing under the laws of the State of Delaware with its principal place of business in the State of Texas.  Therefore, for purposes of this Notice of Removal, defendant is a citizen of a state other than Nebraska.

**B.   The Amount in Controversy Requirement is Met**

8. This Court has subject matter jurisdiction in a diversity case when a fact finder could legally conclude, from the pleadings and proof adduced to the court before trial, that the damages the plaintiff suffered are greater than $75,000. *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002).

9. To determine whether a fact finder might legally conclude that the amount in controversy is greater than $75,000, a court may consider total compensatory damages, treble damages and attorney's fees. *Crawford v. F. Hoffman La Roche*, 267 F.3d 760, 766 (8th Cir.

2001) (citation omitted) (statutory attorney's fees); *Zunamon v. Brown*, 418 F.2d 883, 887 n.5 (8th Cir. 1969) (treble damages). *See also*, *Caldwell v. GM, LLC*, No. 4:18-CV-01636 JAR, 2018 U.S. Dist. LEXIS 214226 at *9 (E.D. Mo. Dec. 20, 2018) (compensatory damages for back pay, plus attorney's fees).

10. Plaintiffs' Petition contains one cause of action for breach of warranty. (*See,* Exhibit A at Petition).

11. While not specifying the precise amount of damages sought, the Petition requests "general damages, plus interest, cost, attorney's fees and expenses as may be allowed by law." (*See,* Exhibit A at Petition). Plaintiffs' Petition sheds no light on what these "general damages", however prior dealings with the plaintiffs' counsel indicate that they are seeking damages exceeding $75,000.

12. Prior to filing suit, on June 22, 2023, plaintiffs' counsel sent correspondence conveying a settlement demand to defendant, including a demand that defendant repurchase the vehicle for $92,000. (*See,* Correspondence from Plaintiffs' Counsel dated June 22, 2023, attached hereto as Exhibit B).

13. Similarly, plaintiffs requested that the defendant replace their vehicle, which was purchased by the plaintiffs for $112,900 on around February 18, 2022.

14. "A defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89 (2014).

15. Based upon these demands made by plaintiffs, and in the absence of any specific damages alleged by plaintiffs in their Petition, it is clear that the amount in controversy exceeds the $75,000 threshold.

16. A settlement demand is "relevant evidence of the amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's claim." *Wang v. Pacific Cycle, Inc.*, 530 F.Supp.2d 1048, 1051 (S.D. Iowa 2008) (citing *Cohn v. Petsmart, Inc*., 281 F.3d 837, 840 (9th Cir.2002) (emphasis added), cited with approval in, *LaPree v. Prudential Fin*., 385 F.Supp.2d 839, 849 (S.D. Iowa 2005)).

16. Additionally, plaintiffs have demanded attorneys' fees in their Petition, which would further raise the amount in controversy.

17. Based on the aforementioned allegations, a fact finder could legally conclude that the damages claimed by plaintiffs, if proven, will more likely than not exceed $75,000.

### IV. Other Procedural Requirements

18. The United States District Court for the Southern District of Iowa, Western Division, is the "district and division" for actions removed from the Iowa District Court for Pottawattamie County. 28 U.S.C. §§95(b)(6), 1446(a).

19. Notice of the filing of this Notice of Removal shall be provided to counsel for plaintiffs and a copy of this Notice of Removal shall be filed with the Clerk of the Iowa District Court for Pottawattamie County pursuant to 28 U.S.C. § 1446(d).

### V. Non-Waiver of Defenses

20. By removing this action from Pottawattamie County, Iowa state court, defendant does not waive any defenses available to it.

21. By removing this action from Pottawattamie County, Iowa state court, defendant does not admit any of the allegations in the Petition.

### VI. Jury Trial Demand

22. Defendant Tesla, Inc. demands a jury trial.

WHEREFORE, defendant Tesla, Inc. hereby removes this case from the Iowa District Court for Pottawattamie County to the United States District Court for the Southern District of Iowa, Western Division.

          **STANTON | BARTON LLC**

By:   */s/ Todd Stanton*
       Todd Stanton, #AT0010701
       Demi Jones, (*pro hac vice to be submitted*)
       8000 Maryland Avenue | Suite 450
       St. Louis, Missouri 63105
       Telephone: 314-455-6501
       Facsimile: 314-455-6524
       tstanton@stantonbarton.com
       djones@stantonbarton.com

       *Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of November, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

    RESOLUTE LAW LLC
    Mr. Cory Wilson, AT0014075
    14450 Meadows Blvd. Suite 2
    Omaha, NE 68138
    Telephone: 531-721-2700
    cory.wilson@resolutelawllc.com

    *Attorney for Plaintiffs*

    */s/ Todd Stanton*