## IN THE DISTIRCT COURT OF POTTAWATTAMIE COUNTY, IOWA

| | | |
|---|---|---|
| GREG ABLETT and | ) | Case No. |
| MELISSA ABLETT, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORIGINAL NOTICE** |
| | ) | |
| TESLA, INC., | ) | |
| Respondent | ) | |

**TO THE ABOVE-NAMED DEFENDANT:**

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**

Therefore, unless the attached signature page contains a hearing date for your appearance, or unless you obtain an exemption from e-Filing from the court, you must file your Appearance and Answer electronically.

You must register to e-File through the Iowa Judicial Branch website at https://www.iowacourts.state.ia.us/EFile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM,** also available on the Iowa Judicial Branch website. **FOR COURT RULES ON THE PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16.**

You are hereby notified that a petition has been filed in the office of the Clerk of this Court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff is Cory R. Wilson of Resolute Law LLC., whose address is: 14450 Meadows Blvd. Ste. 2, Omaha, NE 68138. The attorney's phone number is 531-721-2700.

You must serve a motion or answer within 20 days after service of this original notice upon you, and within a reasonable time, thereafter, file your motion or answer with the Clerk of Court for Pottawattamie County, at the county courthouse in Council Bluffs, Iowa. If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (712) 328-5754. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.) Disability coordinators cannot provide legal advice.

**IMPORTANT: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

Dated October 4, 2023.

GREG ABLETT and MELISSA
ABLETT, Petitioners

By:  /s/ *Cory Wilson*

Cory R. Wilson, AT0014075
Resolute Law, LLC
14450 Meadows Blvd. Suite 2
Omaha, NE 68138
(531) 721-2700
cory.wilson@resolutelawllc.com

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

## IN THE DISTIRCT COURT OF POTTAWATTAMIE COUNTY, IOWA

GREG ABLETT and                      )                    Case No.
MELISSA ABLETT,                      )
                     Petitioner,         )
                           )
v.                                   )                    **PETTITION AND DEMAND**
                           )                    **FOR JURY TRIAL**
TESLA, INC.,                         )
               Respondent          )

     **COMES NOW**, Petitioners, Greg and Melissa Ablett, and hereby allege as follows:

1. Tesla, Inc. ("Tesla") is, among other things, an electric-automobile manufacturer headquartered in Austin, Texas.

2. Tesla is Delaware corporation registered to do business in the state of Iowa.

3. Greg and Melissa Ablett are residents of the state of Nebraska.

4. All relevant events giving rise to this cause of action occurred in Pottawattamie County, Iowa.

5. In February of 2022, the Abletts purchased a used 2021 Tesla Model X (VIN:5YJXCAE2XMF324764).

6. At the time of purchase, the Abletts' Model X was covered under Tesla's Used Vehicle Limited Warranty.

7. In January of 2023, while still under warranty, the Abletts' Model X began to exhibit manufacturer defects involving the Model X's electrical system primarily associated with the operation of the Model X's infotainment system, air conditioning system, falcon wing doors, driver side door, and rear hatch. The manufacturer defects and the date upon which they occurred are as set forth:

1

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

A.    January 4, 2023    The infotainment center indicated there was an issue with the driver side falcon door, while the vehicle was under operation, despite the door being fully closed and secure. The warning was persistent and continued until the vehicle was stopped and the warning was reset.

B.    January 5, 2023    The falcon doors failed to open upon command and would not open even upon use of the manual override function. The infotainment center indicated that there was an obstruction preventing the door from opening, despite there being none. The Abletts' daughter was required to exit the vehicle by climbing into the front of the cab and out the driver side door.

C.    March 8, 2023    The falcon wing door failed to close upon command. The infotainment center indicated there was an obstruction when none existed.

D.    March 10, 2023    The driver-side falcon wing door failed to close upon command. The infotainment center indicated there was an obstruction when none existed. Manual override initially failed to close the door and had to be attempted multiple times before door would close.

E.    March 15, 2023    The passenger-side falcon wing door opened spontaneously without command to do so. Later, this same door refused to close despite commands to do so. Again, there was no obstruction.

F.    March 17, 2023    The driver's door failed to open upon command despite several attempts and there being no obstruction.

G.    March 18, 2023    The driver's door failed to open upon command despite several attempts and there being no obstruction.

H.    March 24, 2023    The driver's door failed to open upon command despite several attempts and there being no obstruction

I.    April 2, 2023    The driver-side falcon wing door failed to close despite several attempts and there being no obstruction. The door had to be closed using manual

2

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

override. Again, infotainment center indicated the presence of an obstruction.

J.     April 7, 2023     The passenger-side falcon wing door failed to close upon command, despite several attempts. The infotainment center indicated there was an obstruction despite there being none. Manual override had to be used to close the door.

K.     April 12, 2023     The air-conditioning system began malfunctioning when it failed to cool the cab of the vehicle, despite the infotainment center indicating the air-conditioning system was operating.

L.     April 23, 2023     Several events occurred on this date due to manufacturer defects, including without limitation:

- the front passenger restraint system faulted without a passenger riding in the front seat,

- the infotainment center indicated there was an obstacle preventing the passenger-side falcon wing door from operating on two separate occasions, requiring manual override to operate the door on both occasions,

- the rear hatch failed to close upon demand and required manual override despite there being no obstacle, and

- the driver-side falcon wing door opened spontaneously in a parking lot while Mrs. Ablett was shopping. A witness in the parking lot came into the store to inform her that they had witnessed the door open on its own.

M.     April 26, 2023     The driver-side falcon wing door began making audible warnings while Mrs. Ablett was operating her Tesla over the road. There was no corresponding warning given on the infotainment center.

N.     April 30, 2023     The driver-side falcon wing door failed to operate properly upon command.

O.     May 3, 2023     Beginning on this date, the Abletts' driver door stopped opening correctly. Thereafter, the door had to

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

|   |   |   |
|---|---|---|
|   |   | be opened manually for several weeks until it was repaired. |
| P. | May 6, 2023 | The driver-side falcon wing door failed to open upon command despite there being no obstacles. |
| Q. | May 8, 2023 | The air-conditioning system began to malfunction again upon starting the Abletts' Model X. The system also began making a very loud and atypical noises. |
| R. | May 10, 2023 | The rear hatch failed to close upon command despite there being no obstacle. Manual override was required to close the hatch. |
| S. | May 11, 2023 | The infotainment center went completely dark while Mrs. Ablett was driving her Tesla. |
| T. | May 12, 2023 | The rear hatch failed to close upon command despite there being no obstacle. Manual override was required to close the hatch. |
| U. | May 13, 2023 | The driver-side falcon door would not open fully numerous times on this date despite there being no obstruction or obstacle preventing the door's operation. |
| V. | May 25, 2023 | The rear hatch failed to close upon command, despite there being no obstruction preventing the hatch's operation. |
| W. | May 26, 2023 | The infotainment center stopped working, causing multiple systems to not operate throughout the vehicle including the radio and air-conditioning systems. |
| X. | May 28, 2023 | The cruise control malfunctioned on two separate occasions while Mrs. Ablett was traveling at approximately 65 miles per hour. More specifically, the vehicle abruptly began breaking and then accelerating despite there not being any nearby vehicles. On this same date, the infotainment center froze preventing the use of several systems. |
| Y. | June 1, 2023 | While parked in the Abletts' garage, the rear hatch on their Model X opened on its own. Mrs. Ablett found the rear hatch partially open with the lights flashing |

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

|     |     | on their vehicle. The key fob was secure, and there was no apparent reason for the hatch being open. |
| --- | --- | --- |
| Z.  | June 7, 2023 | The rear hatch failed to close upon command. Again, the vehicle indicated that there was an obstruction when none existed. On this same date, the driver-side falcon wing door failed to open upon command despite there being no obstruction. |
| AA. | June 9, 2023 | The front passenger restraint system faulted while a passenger was riding in the front seat and restrained. |
| BB. | July 14, 2023 | The falcon doors failed to open upon command and would not open even upon use of the manual override function. The infotainment center indicated that there was an obstruction preventing the door from opening, despite there being none. The Abletts' daughter was required to exit the vehicle by climbing into the front of the cab and out the driver side door. |

8. Each of the events described in Paragraph 7 above were immediately reported to Tesla and Tesla's service technicians at 1110 Woodbury Ave. in Council Bluffs, Iowa.

9. To date, the Abletts' Model X continues to experience the manufacturer defects described in Paragraph 7 despite Tesla's repeated attempts to make repairs.

**First Cause of Action:
Breach of Warranty**

10. At all relevant times, the Abletts Model X was covered by Tesla Inc.'s Used Vehicle Limited Warranty.

11. The Ablett's Model X exhibited multiple manufacture defects as described in Paragraph 7 above.

12. The manufacture defects described in Paragraph 7 above were at all relevant times covered by Tesla Inc.'s Used Vehicle Limited Warranty.

EXHIBIT A

E-FILED  2023 OCT 04 1:20 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

13. Tesla Inc.'s Used Vehicle Limited Warranty expressly warranted to repair or remedy the manufacture defects described in Paragraph 7 above.

14. The Abletts immediately reported the manufacture defects described in Paragraph 7 to Tesla Inc. upon each occurrence.

15. Tesla Inc. presumably made multiple attempts to repair the manufacture defects described in Paragraph 7 above but failed or otherwise refused to make the proper and necessary repairs provided for in Tesla Inc.'s Used Vehicle Limited Warranty.

16. As a direct and proximate cause of Tesla Inc.'s failure or refusal to make such necessary repairs, the Abletts have been damaged in an amount to be proven at trial.

**WHEREFORE**, Petitioners pray for judgment against Tesla Inc., for general damages, plus interest, costs, attorney's fees and expenses as may be allowed by law, and for such further relief as the Court may deem just and proper under the circumstances.

Dated October 4, 2023.

GREG ABLETT and MELISSA
ABLETT, Petitioners

By: _/s/ Cory Wilson_
Cory R. Wilson, AT0014075
Resolute Law, LLC
14450 Meadows Blvd. Suite 2
Omaha, NE 68138
(531) 721-2700
cory.wilson@resolutelawllc.com

EXHIBIT A

E-FILED  2023 OCT 06 10:51 AM POTTAWATTAMIE - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

| | |
|---|---|
| *Case No.* | **LACV124566** |
| *County* | **Pottawattamie** |

*Case Title*   GREG ABLETT AND MELISSA ABLETT V. TESLA, INC.

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(712) 328-4753** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **10/06/2023 10:51:54 AM**



*District Clerk of Court or/by Clerk's Designee of*  Pottawattamie     *County*
**/s/ Julie Walling**

EXHIBIT A

E-FILED          LACV124566 - 2023 OCT 06 11:22 AM          POTTAWATTAMIE
CLERK OF DISTRICT COURT          Page 1 of 2

*CA4013*

State of Iowa, District Court POTTAWATTAMIE County

| | |
|---|---|
| GREGORY DEAN ABLETT<br>MELISSA ABLETT<br><br>     Plaintiff / Petitioner<br>  vs.<br>TESLA INC C T CORPORATION SYSTEM<br>     Defendant / Respondent | CASE NO. 04781  LACV124566<br><br>ORDER FOR INDIVIDUAL CASE ASSIGNMENT |

IT IS ORDERED:

Judge Margaret Reyes is designated as the Judge to preside over all future proceedings in this case.

If there are pending matters that should be determined before the trial/hearing, counsel shall promptly bring those matters to the attention of the presiding Judge.

/s/ Coreen Gray, Judicial Specialist
712-328-5860

Copies to:

CORY WILSON

EXHIBIT A

E-FILED          LACV124566 - 2023 OCT 06 11:22 AM          POTTAWATTAMIE
CLERK OF DISTRICT COURT                    Page 2 of 2



State of Iowa Courts

**Case Number**          **Case Title**
LACV124566               GREG ABLETT AND MELISSA ABLETT V. TESLA, INC.
**Type:**                OTHER ORDER

So Ordered

Coreen Gray, Judicial Specialist
District Court Administration
Fourth Judicial District

Electronically signed on 2023-10-06 11:22:07

EXHIBIT A

E-FILED  2023 NOV 02 5:28 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | |
|---|---|
| *GREG ABLETT and*<br>*MELISSA ABLETT,*<br><br>　　　　Plaintiffs,<br><br>v.<br><br>*TESLA, INC.,*<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. LACV 124566

**ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW defendant Tesla, Inc. (hereinafter "defendant"), by and through its undersigned attorneys, Stanton | Barton LLC, and for its Answer and Affirmative Defenses to plaintiffs' Petition at Law, states as follows:

1.　　　Defendant admits that it is headquartered in Austin, Texas, but denies the remainder of the allegations contained in Paragraph 1.

2.　　　Defendant admits the allegations contained in Paragraph 2.

3.　　　Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 3, and therefore denies the same.

4.　　　Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 4, and therefore denies the same.

5.　　　Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 5, and therefore denies the same.

6.　　　Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 6, and therefore denies the same.

EXHIBIT A

E-FILED  2023 NOV 02 5:28 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

7.     Defendant denies the allegations contained in Paragraph 7, including subparts (A) through (BB) thereto.

8.     Defendant denies allegations contained in Paragraph 8.

9.     Defendant denies the allegations contained in Paragraph 9.

## FIRST CAUSE OF ACTION:
## BREACH OF WARRANTY

10.     Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 10, and therefore denies the same.

11.     Defendant denies the allegations contained in Paragraph 11.

12.     Defendant denies the allegations contained in Paragraph 12.

13.     Defendant denies the allegations contained in Paragraph 13 to the extent that it denies the existence of any manufacturing defects.

14.     Defendant is without sufficient knowledge or information to admit or deny the truth of the allegations contained in Paragraph 14, and therefore denies the same.

15.     Defendant denies the allegations contained in Paragraph 15.

16.     Defendant denies the allegations contained in Paragraph 16.

WHEREFORE, defendant Tesla, Inc. having fully answered and provided its Answer and Affirmative Defenses to plaintiffs' Petition, prays that this action be dismissed with prejudice, for a jury trial, for its attorneys' fees and costs incurred herein, and for all such other and further relief this Court deems appropriate.

## AFFIRMATIVE DEFENSES

1.     By way of further answer and affirmative defenses, plaintiffs have failed to state a claim upon which relief can be granted.

EXHIBIT A

E-FILED  2023 NOV 02 5:28 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

2.       By way of further answer and affirmative defenses, the Court lacks jurisdiction over this defendant, and defendant expressly reserves the right to remove this case to federal court based on diversity jurisdiction.

3.       By way of further answer and as an affirmative defense, plaintiffs' action is barred or should be reduced by the doctrine of comparative negligence.

4.       By way of further answer and as an affirmative defense, plaintiffs have failed to exhaust administrative remedies prior to the initiation of this action.

5.       By way of further answer and as an affirmative defense, defendant states that the instant action is subject to a binding arbitration provision, that plaintiffs should have submitted this dispute to arbitration per that provision, and that plaintiffs have failed to do so despite contracting and/or agreeing with defendant to do so.  Defendant hereby reasserts and preserves its right to arbitrate this action.

6.       By way of further answer, and as an affirmative defense, defendant states that plaintiffs' damages were due to the negligence, fault, comparative negligence, comparative fault, carelessness, or any other "fault," as defined by Iowa Code § 668.1, and any other applicable law, of plaintiffs, and any recovery against defendant UPS, if any, should be reduced in proportion to the relative degree of plaintiffs' fault, or non-parties in accordance with Iowa Code § 668.3, et seq., and any other applicable law.

7.       For further answer, and as an affirmative defense, defendant states that while denying all negligence, fault or liability, any damages allegedly sustained by plaintiffs were caused, in whole or in part, by the aforementioned contributory or comparative negligence, fault, responsibility or causation and want of due care of others.  Such negligence or fault of other such persons was in greater proportion to the negligence or fault of defendant, if any.  The

EXHIBIT A

E-FILED  2023 NOV 02 5:28 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

comparative fault of these other persons outside the control of defendant is a complete bar to recovery against defendant.  Alternatively, defendant is entitled to a reduction of damages based upon the percentage of said other persons' negligence or fault.

8.      By way of further answer and affirmative defense, defendant states that plaintiffs had almost exclusive control over the maintenance and use of the subject vehicle and any damages sustained since that date, as a result of misuse, abuse or other acts or omissions was the fault of plaintiffs or others over whom defendant had no legal duty to control.

9.      By way of further answer and as an affirmative defense, plaintiffs have not alleged sufficient facts entitling them to attorneys' fees and costs under 15 U.S.C. § 2310(d)(2) or any other statute or law.

10.      By way of further answer and as an affirmative defense, plaintiffs have not alleged any nonconformities, defects or conditions with the subject vehicle that impaired its use, value or safety.

11.      By way of further answer and as an affirmative defense, defendant states that any alleged nonconformities, defects, or conditions of the subject vehicle are the result of abuse, neglect or unauthorized modification or alteration of the motor vehicle by the buyers.

12.      By way of further answer and as an affirmative defense, plaintiffs have failed to comply with the duties and conditions imposed upon consumers, including but not limited to those duties and conditions set forth under 15 U.S.C. § 2304(b).

13.      By way of further answer and as an affirmative defense, defendant is entitled to a set off for plaintiffs' use of the vehicle.

14.      By way of further answer and as an affirmative defense, the warranty for the

4

E-FILED  2023 NOV 02 5:28 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

vehicle specifically limits the buyer's remedies to repair or replacement and specifically excludes any liability for incidental or consequential damages or attorney's fees.

15.     By way of further answer and as an affirmative defense, the subject vehicle has been conformed to the applicable warranties because any alleged concerns have been previously resolved prior to the filing of this lawsuit.

16.     By way of further answer and as an affirmative defense, plaintiffs failed to mitigate their damages, if any.

17.     By way of further affirmative defense, plaintiffs' Petition should be dismissed for improper venue.

18.     By way of further answer and affirmative defense, plaintiffs' cause of action and/or claims were not filed in good faith and/or were filed in bad faith, or solely for the purpose of harassment, or in the absence of substantial justifiable issue of either law or fact raised by the consumer, or for which the final recovery cannot be greater or more favorable than any settlement offer made by the manufacturer prior to the commencement of the court action.

19.     No privity of contract existed between the defendant and the plaintiffs, and therefore plaintiffs' claims are barred in whole or in part.

20.     By way of further answer and affirmative defendant hereby adopts and incorporates by reference, as if set forth herein in full, all defenses identified.

21.     Defendant reserves its right to add or amend affirmative defenses as discovery and investigation continues.

WHEREFORE, defendant Tesla, Inc. having fully answered and provided its Answer and Affirmative Defenses to plaintiffs' Petition, prays that this action be dismissed with prejudice,

EXHIBIT A

E-FILED  2023 NOV 02 5:28 PM POTTAWATTAMIE - CLERK OF DISTRICT COURT

for a jury trial, for its attorneys' fees and costs incurred herein, and for all such other and further relief this Court deems appropriate.

## JURY DEMAND

COMES NOW defendant, by and through its attorneys, Stanton | Barton LLC, and demands a trial by jury pursuant to Iowa Rule of Civil Procedure 1.902.

**STANTON | BARTON LLC**

By:    */s/ Todd Stanton*
Todd Stanton, #AT0010701
Demi Jones, (*pro hac vice to be submitted*)
8000 Maryland Avenue | Suite 450
St. Louis, Missouri 63105
Telephone: 314-455-6501
Facsimile: 314-455-6524
tstanton@stantonbarton.com
djones@stantonbarton.com

*Attorneys for Defendant Tesla, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

RESOLUTE LAW LLC
Mr. Cory Wilson, AT0014075
14450 Meadows Blvd. Suite 2
Omaha, NE 68138
Telephone: 531-721-2700
cory.wilson@resolutelawllc.com

*Attorney for Plaintiffs*

*/s/ Todd Stanton*

EXHIBIT A

## IN THE IOWA DISTRICT COURT FOR POTTAWATTAMIE COUNTY

| | | |
|---|---|---|
| *GREG ABLETT* and | ) | |
| *MELISSA ABLETT,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. LACV 124566 |
| v. | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| *TESLA, INC.,* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Todd C. Stanton and Stanton | Barton LLC and hereby enter their appearance on behalf of defendant Tesla, Inc.

**STANTON | BARTON LLC**

By:     */s/ Todd Stanton*
        Todd Stanton, #AT0010701
        Demi Jones, (*pro hac vice to be submitted*)
        8000 Maryland Avenue | Suite 450
        St. Louis, Missouri 63105
        Telephone: 314-455-6501
        Facsimile: 314-455-6524
        tstanton@stantonbarton.com
        djones@stantonbarton.com

        *Attorneys for Defendant Tesla, Inc.*

EXHIBIT A

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties.

RESOLUTE LAW LLC
Mr. Cory Wilson, AT0014075
14450 Meadows Blvd. Suite 2
Omaha, NE 68138
Telephone: 531-721-2700
cory.wilson@resolutelawllc.com

*Attorney for Plaintiffs*

*/s/ Todd Stanton*_____

EXHIBIT A

E-FILED 2023 NOV 03 9:40 AM POTTAWATTAMIE - CLERK OF DISTRICT COURT



**POLK COUNTY SHERIFF'S OFFICE**                                        **SHERIFF KEVIN J. SCHNEIDER**

Civil Division | 222 – 5th Avenue Des Moines, IA, 50309          Sheriff's Office **(515) 286-3940** | Fax **(515) 286-3410**

# RETURN OF SERVICE
### In the IA District Court for POTTAWATTAMIE COUNTY COURT

|  |  |  |
|---|---|---|
| GREG ABLETT | **VS** | TESLA INC |

Sheriff #: 23039004
Case #: LACV124566
Received: 11/1/2023
Service Number: 203273

**STATE OF IOWA POLK COUNTY } §**

I certify that I served a copy of:
X ONP/Jury Demand


On: 11/2/2023 9:33:00 AM
To: TESLA INC by delivering a copy to MARCIE MILLER
        a person at least 18 years of age described as REGISTERED AGENT
Manner Served: REGISTERED AGENT
Address of Service: 400 E Court Ave STE 110 REG AGENT: CT CORP, Des Moines, IA 50309
Notes:

**Attempts**

Date: 11/2/2023 9:33:00 AM
Address: 400 E Court Ave STE 110 REG AGENT: CT CORP, Des Moines, IA 50309
Note:


| **FEES** | | **Kevin J Schneider, Sheriff of Polk County, Iowa** |
|---|---|---|
| | **Total: $62.62** | |

Deputy/Server: Patrick Adamovicz

E-FILED          LACV124566 - 2023 NOV 03 02:54 PM          POTTAWATTAMIE
CLERK OF DISTRICT COURT          Page 1 of 2

## IOWA DISTRICT COURT IN AND FOR POTTAWATTAMIE  COUNTY

| | |
|---|---|
| GREGORY DEAN ABLETT<br>MELISSA ABLETT<br><br><br>VS.<br><br>TESLA INC C T CORPORATION SYSTEM | CASE NO: 04781  LACV124566<br><br>**NOTICE OF CIVIL TRIAL-<br>SETTING CONFERENCE<br>(Use of this form is mandatory.)** |

To the parties or their attorneys of record:

In accordance with Iowa Rule of Civil Procedure 1.906, notice is hereby given that a  * **Trial Scheduling Conference is scheduled on 12/12/2023 at 3:30 PM (Telephonic ONLY: please call at the DIRECTIONS BELOW INDICATED FOR SCHEDULING CONFERENCE.**
*This date shall be no earlier than 35 days after and not later than 50 days after any Defendant/ Respondent has answered or appeared unless set sooner by special order on application of one or more parties.

This conference shall be held:

**By telephone with Court Administration's conference line.  All Attorneys/Pro Se Parties shall contact the court at 1-877-304-9269 then enter conference code 527612 with Marsha Weberg, Asst Court Administration, when prompted.**          Attorneys for all parties appearing in the case shall participate at this conference.  Parties not represented by  counsel shall participate in this conference.

**Recording or rebroadcasting of a court proceeding held by video or telephone conference, including pictures, screenshots, or other visual or audio copying, is prohibited absent an expanded news media coverage order. Any violation may result in contempt of court or other sanctions. Please note judicial branch staff may be recording this proceeding.**

At this trial-setting conference, every case will be set for trial within the time periods provided by Iowa Court Rules Chapter 23, Time Standards for Case Processing.

**Prior to the trial-setting conference, the parties must file a Trial Scheduling and Discovery Plan, Iowa Court Rule 23.5-Form 2 (Form 3 for Expedited Civil Actions).**

In judicial districts that allow it, the parties may, in lieu of holding a trial-setting conference, first file their Trial Scheduling and Discovery Plan and then, prior to the date scheduled for the trial-setting

EXHIBIT A

E-FILED          LACV124566 - 2023 NOV 03 02:54 PM          POTTAWATTAMIE
CLERK OF DISTRICT COURT          Page 2 of 2

conference, obtain a trial date from court administration  that complies with the provisions of Chapter 23.  The date will be entered by the Court on the Trial Scheduling and Discovery Plan.

The trial date that is agreed upon at this conference shall be a firm date.  Continuances will not be granted, even if all parties agree, unless for a crucial cause that could not have been foreseen.

The Clerk of Court shall notify all counsel of record and parties not represented by counsel.

/s/ Coreen Gray, Judicial Specialist
712-328-5860

If you need assistance to participate in court due to a disability, call the disability coordinator at (712) 328-4753 or information at https://www.iowacourts.gov/for-the-public/ada/. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). **Disability coordinators cannot provide legal advice.**

EXHIBIT A